IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES BARKACS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**BHARAT, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:23-cv-01623 JDP<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING DEFENDANTS' REQUEST TO OPT-OUT OF EARLY ADR** |

　　On August 13, 2024, Defendants filed a Notice Regarding Early Settlement (ECF No. 28) requesting to opt out of the early ADR process. Good cause appearing, Defendants' request to opt-out of early ADR is **GRANTED**.

　　It is hereby **ORDERED** that the stay of the proceedings imposed on July 16, 2024 (ECF No. 27) is lifted.

IT IS SO ORDERED.

Dated:　__August 20, 2024__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1