UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARKACS,<br><br>    Plaintiff,<br><br>v.<br><br>RATTAN BHARAT, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01623-JDP (PC)<br><br>ORDER |

Plaintiff has filed a motion to extend the discovery deadline.[1] ECF No. 34. Defendants have not filed an opposition. Good cause appears, plaintiff's motion is granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to extend the discovery deadline, ECF No. 41, is GRANTED.

2. The deadline for completion of all discovery, including filing all motions to compel, is April 23, 2025.

3. No other deadlines are modified by this order.

---

[1] Plaintiff request to either stay discovery or for a thirty-to-sixty-day extension of time to file a motion to compel. ECF No. 34. Because plaintiff seeks information from defendants through a motion to compel, the court finds, at this time, that additional time, as opposed to a stay, would be more productive.

1

IT IS SO ORDERED.

Dated: __March 21, 2025__          _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE