IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES BARKACS,** | Case No. 2:23-cv-1623 JDP (PC) |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **BHARAT, et al. ,** | |
| Defendants. | |

On August 7, 2025, Defendants moved to modify the discovery and scheduling order requesting a four-day extension of the deadline to file dispositive motions up to, and including, August 15, 2025. Good cause appearing, Defendants' request is GRANTED.

It is hereby ORDERED that the parties will have until August 15, 2025 to file dispositive motions.

IT IS SO ORDERED.

Dated:   August 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE