UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARKACS,<br><br>            Plaintiff,<br><br>     v.<br><br>BHARAT RATTAN, *et al.*,<br><br>            Defendants. | Case No.  2:23-cv-1623-JDP (P)<br><br>ORDER |

    Plaintiff filed a motion for extension of time to file an opposition to defendants' August 15, 2025 motion for summary judgment.  Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 68, is granted; and

    2. Plaintiff is granted thirty-five days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.


Dated:    September 12, 2025                     _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE

1