UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BARKACS,

      Plaintiff,

    v.

BHARAT RATTAN, *et al.*,

      Defendants.

Case No.  2:23-cv-1623-JDP (P)

ORDER

Plaintiff brought this case alleging that defendants violated his Eighth Amendment rights. ECF No. 13.  All defendants save Stacy Woods appeared in April 2024.  ECF No. 16.  Woods, by contrast, was not served until December 2025.  ECF No. 89.  Before Woods was served, however, her co-defendants filed a motion for summary judgment, ECF No. 65, which remains pending. Woods and the other defendants are represented by the same counsel.  Accordingly, defendants' counsel is directed to indicate, in writing, whether Woods intends to join the pending motion for summary judgment, or whether a modification of the scheduling order (including a new dispositive motions deadline) is needed to resolve the claims against her.

It is ORDERED that, within fourteen days of this order's entry, defendants' counsel shall indicate whether defendant Woods will join the pending motion for summary judgment, or

1

whether additional proceedings are needed to resolve the claims against her.

IT IS SO ORDERED.


Dated:    January 20, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2