IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES BARKACS,** | Case No. 2:23-cv-1623 JDP (P) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **BHARAT, et al.,** | |
| Defendants. | |

Plaintiff brought this case alleging that defendants violated his Eighth Amendment rights. (ECF No. 13.) All defendants save Stacy Woods appeared in April 2024. (ECF No. 16.) Defendant Woods was not served until December 2025. (ECF No. 89.) Before defendant Woods was served, however, her co-defendants filed a motion for summary judgment, which remains pending. (ECF No. 65.)

Defendants request leave to file an amended motion for summary judgment to include arguments and evidence related to Defendants Woods and have requested 60 days to do so. Good cause appearing, Defendants' request, ECF No. 93, is GRANTED, and defendants' motion for summary judgment, ECF No. 65, is DENIED without prejudice to refiling in sixty days.

It is hereby ordered that Defendants have up to, and including, 60 days from the date of this order to file an amended motion for summary judgment.

IT IS SO ORDERED.


Dated:   February 4, 2026   _____
                            JEREMY D. PETERSON
                            UNITED STATES MAGISTRATE JUDGE

2